### COX et al. v. McKEOWN et al.
### No. 10085.

Court of Civil Appeals of Texas. San Antonio.

June 16, 1937.

Rehearing Denied July 7, 1937.

Alex F. Cox, of Beeville, and Hal Browne, of San Antonio, for appellants.

S. Engelking, of San Antonio, for appellees.

SLATTON, Justice.

The record in this cause is before us without briefs of either party. There being no fundamental error apparent on the face of the record, it follows that the appeal will be dismissed.